**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6128**

JOHN FRANKLIN,

                    Plaintiff – Appellant,

          v.

TRACY JOHNS; A. HUBERTI; TEN UNKNOWN NAMED FEDERAL BUREAU OF
PRISONS OFFICERS AND/OR EMPLOYEES; V. HARRIS; B. HAYWOOD; A.
FORTE,

                    Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Dever III,
District Judge. (5:09-ct-03023-D)

Submitted: June 13, 2011          Decided: June 30, 2011

Before KEENAN, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Franklin, Appellant Pro Se.  Michael Bredenberg, OFFICE OF
THE UNITED STATES ATTORNEY; Rudolf A. Renfer, Jr., Assistant
United States Attorney, Raleigh, North Carolina; Christina Ann
Kelley, BUREAU OF PRISONS, Butner, North Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Franklin appeals the district court's order denying relief on his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. <u>Franklin v. Johns</u>, No. 5:09-ct-03023-D (E.D.N.C. Jan. 18, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>
